IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-297 |
| | ) |
| LEO NYANGOKO CHACHA, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 24th day of March, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered October 28, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, March 31, 2010 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      Sally A. Frick, Esquire
      1601 Frick Building
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services