IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-297 |
| | ) | |
| LEO NAYANGOKO CHACHA | ) | |

## ORDER

AND NOW, this 21st day of June, 2010, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved, the specific terms of which are incorporated by reference into this Order.

It is FURTHER ORDERED that Leo Nayangoko Chacha's interest one 9mm caliber Kel-Tec semi-automatic pistol bearing serial number 120651 (the Subject Firearm) be, and hereby is, forfeited to the United States.

It is FURTHER ORDERED that the forfeiture of the Subject Firearm is made part of his criminal judgment and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

_____
United States District Court