IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-297 |
| | ) | |
| LEO NAYANGOKO CHACHA | ) | |

FINAL ORDER OF FORFEITURE

AND NOW, this 20th day of Sept, 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. One 9mm caliber Kel-Tec semi-automatic pistol bearing serial number 120651 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity including, without limitation, Leo Nayangoko Chacha.

_____
UNITED STATES DISTRICT COURT